# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MAMADY B. CISSE,<br><br>                                    Debtor. | Case No. 20-cv-01694-BAS-WVG<br>Bankruptcy No. 17-04821-LT13 |
| MAMADY B. CISSE,<br><br>                                    Appellant,<br><br>   v.<br><br>WELLS FARGO BANK N.A., as servicing agent for U.S. Bank National Association, as Indenture Trustee for Citigroup Mortgage,<br><br>                                    Appellee. | **ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE** |

Appellant Mamady B. Cisse, proceeding *pro se*, commenced this bankruptcy appeal on August 31, 2020 and moved for a ruling on a fee waiver request. (ECF Nos. 1, 8.) The Court, in agreement with the Bankruptcy Court's certification that the appeal was not taken in good faith, denied Appellant's fee waiver request and required that Appellant pay the filing fee by November 16, 2020. (ECF No. 10.) The Court warned Appellant that failing to timely pay the fee would result in dismissal of the appeal without prejudice. (*Id.*)

As of the date of this Order, Appellant has not paid the filing fee for this case, requested an extension of time to do so, or otherwise taken any action in this case. Nonpayment of a filing fee is a sufficient basis for dismissal of an action, particularly when

the Court cautioned Appellant that it would dismiss the action if the filing fee was not paid by the deadline. *See Crump v. Fritter*, No. LA CV 15-06041 VBF (FFM), 2016 WL 8260455, at *1 (C.D. Cal. June 10, 2016) (citing cases); *see also Harris v. Madden*, No. 1:19-CV-01216-DAD-SKO (PC), 2020 WL 1139464, at *1 (E.D. Cal. Mar. 9, 2020) (dismissing action without prejudice for failing to pay required filing fee and obey a court order); *Nicholas v. All-State Sec. LLC*, No. CIV. 11-00005 LEK-KS, 2011 WL 1322273, at *1 (D. Haw. Apr. 5, 2011) (citing *In re Perroton*, 958 F.2d 889 (9th Cir. 1992) and *Olivares v. Marshall*, 59 F.3d 109 (9th Cir. 1995)) ("This Court may dismiss Plaintiff's action based on his failure to pay the required filing fee.").

After weighing the relevant factors, *see Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992), the Court finds that Appellant's failure to timely pay the filing fee in accordance with the Court's order warrants dismissal. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action. *See Crump*, 2016 WL 8260455, at *2 (citing cases). The Clerk is instructed to close this case.

**IT IS SO ORDERED.**

**DATED: December 18, 2020**

Hon. Cynthia Bashant
United States District Judge